| Bar Roll | Admission Date | First | Middle | Last | Email | Office |
|---|---|---|---|---|---|---|
| 101022 | 12/13/1976 | John | D. | Allen | allenjd@bsk.com | Syracuse |
| 513759 | 3/31/2006 | Paul | J. | Avery | pavery@bsk.com | Syracuse |
| 508709 | 3/10/1997 | John | M. | Bagyi | jbagyi@bsk.com | Albany |
| 301760 | 10/3/1990 | Sarah | Lewis | Belcher | sbelcher@bsk.com | Albany |
| 509888 | 4/9/1999 | Kathleen | M. | Bennett | kbennett@bsk.com | Syracuse |
| 505255 | 2/28/1989 | Kevin | M. | Bernstein | kbernstein@bsk.com | Syracuse |
| 516180 | 4/27/2010 | Blaine | T. | Bettinger | bbettinger@bsk.com | Syracuse |
| 518598 | 3/6/2014 | Michelle | R. | Billington | mbillington@bsk.com | Syracuse |
| 516448 | 8/19/2010 | Michael | D. | Billok | mbillok@bsk.com | Albany |
| 515284 | 9/25/2008 | Andrew | D. | Bobrek | abobrek@bsk.com | Syracuse |
| 101188 | 3/10/1980 | R. | Daniel | Bordoni | dbordoni@bsk.com | Syracuse |
| 505549 | 6/27/1989 | Dennis | C. | Brown | brownd@bsk.com | Florida |
| 510105 | 9/3/1999 | Brian | J. | Butler | butlerb@bsk.com | Syracuse |
| 101271 | 3/23/1982 | John | H. | Callahan | jcallahan@bsk.com | Syracuse |
| 516182 | 4/27/2010 | Stephanie | M. | Campbell | scampbell@bsk.com | Syracuse |
| 505391 | 2/21/1992 | Gregory | J. | Champion | gchampion@bsk.com | Albany |
| 101387 | 9/14/1981 | Edward | R. | Conan | econan@bsk.com | Syracuse |
| 510790 | 2/21/2001 | Christa | Richer | Cook | ccook@bsk.com | Syracuse |
| 101449 | 9/25/1981 | Nicholas | J. | D'Ambrosio | ndambrosio@bsk.com | Albany |
| 514083 | 9/12/2006 | Sanjeeve | K. | DeSoyza | sdesoyza@bsk.com | Albany |
| 511486 | 8/21/2002 | Scott | J. | DelConte | sdelconte@bsk.com | Oswego |
| 501344 | 3/14/1972 | Louis | P. | DiLorenzo | ldilorenzo@bsk.com | NYC |
| 101522 | 3/4/1985 | Stephen | A. | Donato | sdonato@bsk.com | Syracuse |
| 104263 | 12/14/1994 | Robert | A. | Doren | rdoren@bsk.com | Buffalo |
| 516093 | 3/4/2010 | Charles | C. | Dunham | cdunham@bsk.com | Albany |
| 507333 | 9/13/1994 | John | B. | Elleman | jelleman@bsk.com | Syracuse |
| 101591 | 6/17/1988 | Thomas | G. | Eron | teron@bsk.com | Syracuse |
| 508580 | 11/21/1996 | Karl | S. | Essler | esslerk@bsk.com | Rochester |
| 104916 | 1/31/1978 | Robert | H. | Feller | rfeller@bsk.com | Albany |
| 101628 | 4/3/1987 | Jonathan | B. | Fellows | jfellows@bsk.com | Syracuse |
| 103444 | 7/19/1991 | Hermes | A. | Fernandez | fernanh@bsk.com | Albany |
| 101637 | 9/2/1988 | David | M. | Ferrara | dferrara@bsk.com | Syracuse |
| 505266 | 5/14/1979 | Philip | I. | Frankel | pfrankel@bsk.com | Syracuse |

| Bar Roll | Admission Date | First | Middle | Last | Email | Office |
|---|---|---|---|---|---|---|
| 101722 | 9/8/1980 | John | | Gaal | jgaal@bsk.com | Syracuse |
| 510058 | 8/5/1999 | Suzanne | O. | Galbato | galbats@bsk.com | Syracuse |
| 510784 | 2/21/2001 | John | C. | Godsoe | jgodsoe@bsk.com | Buffalo |
| 517370 | 3/8/2012 | Allison | Zullo | Gottlieb | agottlieb@bsk.com | NYC |
| 505899 | 5/12/1975 | Joseph | A. | Greenman | jgreenman@bsk.com | Syracuse |
| 509779 | 1/22/1999 | Laura | H. | Harshbarger | lharshbarger@bsk.com | Syracuse |
| 512611 | 5/12/1969 | David | M. | Hayes | dhayes@bsk.com | Syracuse |
| 510010 | 7/6/1999 | Brian | K. | Haynes | bhaynes@bsk.com | Syracuse |
| 516848 | 3/28/2011 | Tyler | T. | Hendry | thendry@bsk.com | Syracuse |
| 501876 | 2/28/1989 | Camille | Wolnik | Hill | chill@bsk.com | Syracuse |
| 509784 | 1/25/1999 | John | S. | Ho | hoj@bsk.com | NYC |
| 501223 | 1/16/1987 | Peter | Joseph | Hogan | hoganp@bsk.com | Syracuse |
| 601163 | 9/23/1985 | James | | Holahan | jholahan@bsk.com | Rochester |
| 513299 | 2/13/1976 | Richard | Douglas | Hole | holer@bsk.com | Syracuse |
| 506918 | 1/14/1994 | Peter | A. | Jones | jonesp@bsk.com | Syracuse |
| 301043 | 9/21/1983 | Thomas | | Keleher | tkeleher@bsk.com | Syracuse |
| 515612 | 4/17/2009 | Ryan | P. | Keleher | rkeleher@bsk.com | Albany |
| 513303 | 3/23/1982 | Edwin | J. | Kelley | ekelley@bsk.com | Syracuse |
| 514699 | 9/17/2007 | Thomas | L. | Kennedy | tkennedy@bsk.com | Syracuse |
| 505053 | 11/3/1989 | Robert | | Kirchner | rkirchner@bsk.com | Syracuse |
| 510148 | 10/15/1999 | Amelia | M. | Klein | aklein@bsk.com | Albany |
| 511691 | 2/10/2003 | Stuart | F. | Klein | sklein@bsk.com | Albany |
| 301318 | 3/13/1978 | Barry | R. | Kogut | bkogut@bsk.com | Syracuse |
| 501096 | 9/11/1984 | Robert | A. | LaBerge | rlaberge@bsk.com | Syracuse |
| 515285 | 9/25/2008 | Kerry | W. | Langan | klangan@bsk.com | Syracuse |
| 508933 | 6/13/1997 | Brian | | Laudadio | blaudadio@bsk.com | Rochester |
| 512865 | 11/5/2004 | Colin | M. | Leonard | cleonard@bsk.com | Syracuse |
| 517404 | 3/15/2012 | Scott | R. | Leuenberger | sleuenberger@bsk.com | Syracuse |
| 102078 | 6/14/1971 | George | H. | Lowe | glowe@bsk.com | Syracuse |
| 518600 | 3/6/2014 | Pamela | C. | Lundborg | plundborg@bsk.com | Syracuse |
| 518601 | 3/6/2014 | Kevin | R. | MacLeod | kmacleod@bsk.com | Syracuse |
| 513300 | 7/26/1971 | James | E. | Mackin | msmith@bsk.com | Syracuse |
| 103953 | 2/13/1990 | Mark | A. | Mainello | mmainello@bsk.com | Albany |

| Bar Roll | Admission Date | First | Middle | Last | Email | Office |
|---|---|---|---|---|---|---|
| 501112 | 3/23/1982 | Larry | P. | Malfitano | lmalfitano@bsk.com | Syracuse |
| 515487 | 2/17/2009 | Robert | F. | Manfredo | rmanfredo@bsk.com | Albany |
| 518297 | 8/5/2013 | Katherine | S. | McClung | kmcclung@bsk.com | Rochester |
| 511940 | 7/14/2003 | Gregory | J. | McDonald | gjmcdonald@bsk.com | Rochester |
| 501388 | 10/12/1982 | John | G. | McGowan | jmcgowan@bsk.com | Syracuse |
| 509058 | 9/22/1997 | George | R. | McGuire | gmcguire@bsk.com | Syracuse |
| 601373 | 5/17/1995 | John | F. | McKay | jmckay@bsk.com | Garden City |
| 507915 | 9/27/1988 | Robert | S. | McLaughlin | mclaugr@bsk.com | Syracuse |
| 517202 | 10/28/2011 | Douglas | M. | McRae | dmcrae@bsk.com | Oswego |
| 102183 | 1/14/1980 | Raymond | A. | Meier | rmeier@bsk.com | Syracuse |
| 513164 | 5/9/2005 | Patrick | V. | Melfi | pmelfi@bsk.com | Syracuse |
| 514398 | 3/14/2007 | Suzanne | M. | Messer | smesser@bsk.com | Syracuse |
| 510213 | 11/19/1999 | John | A. | Miller | jmiller@bsk.com | Albany |
| 511367 | 5/10/2002 | Mark | A. | Moldenhauer | mmoldenhauer@bsk.com | Buffalo |
| 102250 | 3/8/1978 | Thomas | E. | Myers | tmyers@bsk.com | Syracuse |
| 516311 | 5/27/2010 | Joseph | S. | Nacca | jnacca@bsk.com | Rochester |
| 510759 | 1/31/2001 | David | L. | Nocilly | dnocilly@bsk.com | Syracuse |
| 507815 | 8/7/1995 | Louis | | Orbach | lorbach@bsk.com | Syracuse |
| 510678 | 11/13/2000 | Ingrid | S. | Palermo | ipalermo@bsk.com | Rochester |
| 102332 | 6/17/1988 | Raymond | J. | Pascucci | pascucr@bsk.com | Syracuse |
| 515530 | 3/23/2009 | Daniel | J. | Pautz | dpautz@bsk.com | Syracuse |
| 514401 | 3/13/2007 | Scott | M. | Philbin | sphilbin@bsk.com | Buffalo |
| 511368 | 5/10/2002 | Kevin | M. | Pole | kpole@bsk.com | Syracuse |
| 102382 | 1/11/1989 | Sharon | M. | Porcellio | sporcellio@bsk.com | Buffalo |
| 513773 | 3/31/2006 | Kseniya | | Premo | kpremo@bsk.com | Syracuse |
| 514825 | 11/5/2007 | Frederick | J.M. | Price | fjprice@bsk.com | Syracuse |
| 517408 | 3/15/2012 | Kate | I. | Reid | kreid@bsk.com | Syracuse |
| 512175 | 12/17/2003 | William | E. | Reynolds | wreynolds@bsk.com | Albany |
| 510490 | 4/3/1987 | Virginia | C. | Robbins | vrobbins@bsk.com | Syracuse |
| 505945 | 8/3/1992 | Linda | E. | Romano | lromano@bsk.com | Utica |
| 514790 | 11/14/2007 | James | J. | Rooney | jrooney@bsk.com | Buffalo |
| 511366 | 5/10/2002 | William | J. | Rubenstein | wrubenstein@bsk.com | Syracuse |
| 514683 | 2/4/1983 | David | A. | Ruffo | druffo@bsk.com | Albany |

| Bar Roll | Admission Date | First | Middle | Last | Email | Office |
|---|---|---|---|---|---|---|
| 515532 | 3/23/2009 | Katherine | Ritts | Schafer | kschafer@bsk.com | Syracuse |
| 514400 | 3/13/2007 | Stephen | A. | Sharkey | ssharkey@bsk.com | Buffalo |
| 514567 | 1/10/1980 | Carolyn |  | Shearer | cshearer@bsk.com | Albany |
| 517403 | 2/29/2012 | Brendan | M. | Sheehan | bsheehan@bsk.com | Syracuse |
| 102606 | 2/22/1985 | Arthur | J. | Siegel | asiegel@bsk.com | Albany |
| 102630 | 6/11/1979 | Thomas | R. | Smith | smithtr@bsk.com | Syracuse |
| 103851 | 1/17/1972 | Richard | L. | Smith | cwildman@bsk.com | Albany |
| 512855 | 11/19/2004 | Brody | D. | Smith | bsmith@bsk.com | Syracuse |
| 513756 | 3/31/2006 | Kristen | E. | Smith | smithk@bsk.com | Syracuse |
| 517368 | 3/8/2012 | Christophe | J. | Stevens | cstevens@bsk.com | Albany |
| 507717 | 5/22/1995 | Charles | J. | Sullivan | csullivan@bsk.com | Syracuse |
| 507657 | 2/24/1987 | Raul | A. | Tabora | rtabora@bsk.com | Albany |
| 514148 | 10/19/2006 | Sara | C. | Temes | stemes@bsk.com | Syracuse |
| 515226 | 8/5/2008 | Clifford | G. | Tsan | ctsan@bsk.com | Syracuse |
| 506039 | 9/8/1999 | Robert | R. | Tyson | rtyson@bsk.com | Syracuse |
| 508463 | 9/9/1996 | Subhash |  | Viswanathan | sviswanathan@bsk.com | Syracuse |
| 518237 | 7/3/2013 | Grayson | T. | Walter | gwalter@bsk.com | Syracuse |
| 510515 | 6/21/2000 | Richard | L. | Weber | weberr@bsk.com | Syracuse |
| 510781 | 2/21/2001 | Courtney | Alan | Wellar | cwellar@bsk.com | Syracuse |
| 510780 | 2/21/2001 | Caroline | M. | Westover | westovc@bsk.com | Syracuse |
| 515542 | 3/23/2009 | James | P. | Wright | jwright@bsk.com | Syracuse |
| 513701 | 3/15/2006 | Matthew | A. | Young | myoung@bsk.com | Albany |
| 507433 | 12/9/1994 | Philip | J. | Zaccheo | pzaccheo@bsk.com | Syracuse |
| 601029 | 6/11/1979 | Joseph |  | Zagraniczny | zagranj@bsk.com | Syracuse |
| 302196 | 12/8/1980 | Robert | C. | Zundel | zundelr@bsk.com | Florida |